United States District Court
Southern District of Texas
**ENTERED**
May 03, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BANK OF NEW YORK MELLON, | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. 1:19-cv-00018 |
| JUDITH L. WALKER and KEVIN PAUL | § | |
| SEGARS, | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 8). The R&R recommended dismissing all claims against Judith L. Walker and Kevin Paul Segars (collectively "Defendants") due to lack of standing. Docket No. 8 at 1. The deadline for objections to the R&R was April 15, 2019; neither party filed objections.

After a review of the file for clear error, the R&R is hereby **ADOPTED**. It is **ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **ORDERED** to close this case.

Signed on this 3rd day of May, 2019.

Rolando Olvera
United States District Judge